**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CITY SECURITY & SAFETY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **CASE NO. 3:10-01138** |
| | ) | **JUDGE NIXON/KNOWLES** |
| | ) | |
| **RIVER CHASE APARTMENTS,** | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT & RECOMMENDATION

The undersigned previously entered an Order (Docket No. 27) noting that Judge Nixon had granted a Motion to Withdraw that had been filed by counsel for Plaintiff. The undersigned's Order further noted that Plaintiff had identified itself in the Complaint as "a Georgia corporation," and that, "A corporation cannot represent itself in federal court proceedings." Therefore, the undersigned ordered Plaintiff to retain counsel, who was required to enter an appearance on behalf of Plaintiff within thirty (30) days of the entry of the Order. The Order further stated, "If Plaintiff fails to comply with this Order, the undersigned will recommend that this action be dismissed."

Plaintiff has failed to comply with the referenced Order.

For the foregoing reasons, the undersigned recommends that this action be DISMISSED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have

fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge