IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITY SECURITY & SAFETY, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 3:10-cv-01138 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| | ) |
| RIVER CHASE APARTMENTS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Magistrate Judge Knowles' Report and Recommendation ("Report"), filed on May 25, 2011, which recommends that this action be dismissed due to Plaintiff City Security & Safety, Inc.'s failure to obtain counsel pursuant to the Magistrate Judge's Order of March 31, 2011. (Doc. No. 31.) The March 31 Order informed Plaintiff that failure to comply would result in a recommendation of dismissal. (Doc. No. 27.) The Report was mailed to Plaintiff twice, and two Certified Mail Return Receipt Cards were received by the Clerk's office, indicating receipt dates of June 6, 2011 (Doc. No. 33), and June 14, 2011 (Doc. No. 35). Plaintiff has not filed any objections to the Magistrate Judge's recommendations within the fourteen-day period provided in the Report (Doc. No. 31 at 1-2).

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the action is hereby **DISMISSED**.

It is so ORDERED.

Entered this 30th day of June, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT